

Zuckerman Spaeder LLP

William B. Schultz
PARTNER
wshultz@zuckerman.com
202.778.1820

June 23, 2025

Clifton Cislak, Clerk
United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, D.C. 20001

> Re: *Novartis Pharmaceutical Corp. v. Kennedy*, Nos. 25-5177, -5223
> *Bristol Myers Squibb Co. v. Kennedy*, Nos. 25-5179, -5224
> *Kalderos, Inc. v. Kennedy*, No. 25-5220
> *Eli Lilly & Co. v. Kennedy*, Nos. 25-5221, -5226
> (oral argument not scheduled)

Dear Mr. Cislak:

Pursuant to the Court's June 17, 2025 Order (Case No. 25-5177), Intervenor-Defendants-Appellees/Cross-Appellants 340B Health, UMass Memorial Medical Center, and Genesis HealthCare System (together Intervenor-Appellees), write to notify the Court that they will file a single consolidated brief, in *Eli Lilly & Co. v. Kennedy*, Nos. 25-5221, -5226; *Novartis Pharmaceutical Corp. v. Kennedy*, Nos. 25-5177, -5223; and *Bristol Myers Squibb Co. v. Kennedy*, Nos. 25-5179, -5224, which the Court has consolidated.[1] Intervenor-Appellees will comply with the existing expedited schedule and submit a combined principal and response brief on August 1, 2025. However, given that they have filed a cross-appeal, Intervenor-Appellees propose that the schedule be modified to permit briefing on the issues raised in the cross-appeal. The Intervenor-Appellees

---

[1] *Kalderos, Inc. v. Kennedy*, No. 25-5220 (the *Kalderos* appeal) was consolidated with the three appeals filed in this Court: *Eli Lilly & Co. v. Kennedy*, No. 25-5221; *Novartis Pharmaceutical Corp. v. Kennedy*, Nos. 25-5177; and *Bristol Myers Squibb Co. v. Kennedy*, Nos. 25-5179, to which Intervenor-Appellees are party. However, Intervenor-Appellees are not party to the *Kalderos* appeal because they were not party to the case in the district court proceedings, and Kalderos is not a party to Intervenor-Appellees' cross-appeals in *Eli Lilly & Co. v. Kennedy*, Nos. 25-5221, -5226; *Novartis Pharmaceutical Corp. v. Kennedy*, Nos. 25-5177, -5223; and *Bristol Myers Squibb Co. v. Kennedy*, Nos. 25-5179, -5224.

therefore propose the following:

Intervenor-Appellees' response brief, currently due August 1, would also include arguments regarding the cross appeal. Plaintiff-Appellants/Cross-Appellees Novartis Pharmaceutical Corporation (Novartis), Bristol Myers Squibb Company (BMS), and Eli Lilly & Company' (Lilly) reply, currently due August 15, would also contain any response to the cross-appeal. The Government Defendants-Appellees (the Government-Appellees) would be permitted to file any response to Intervenor-Appellees' cross-appeal by August 15, and any reply Intervenor-Appellees file in connection with the cross-appeal would be due by August 29.

To summarize, then, if this proposal is accepted, the remaining briefing schedule will be as follows:

Government's Response Brief: July 25, 2025

Intervenors' Response Brief and Opening Brief: August 1, 2025

Appellants' Reply-Response Brief: August 15, 2025

Government's Cross-Response Brief: August 15, 2025

Intervenors' Cross-Reply Brief: August 29, 2025

The Government-Appellees consent to this schedule. Plaintiff-Appellants/Cross-Appellees BMS, Novartis, and Lilly consent to this schedule unless their simultaneously filed motion to dismiss the Intervenor-Appellees' cross-appeal is granted. If the motion to dismiss is granted, the Government-Appellees would not file any response to the Intervenor-Appellees' cross-appeal arguments and Intervenor-Appellees would not file a cross-reply brief.

Sincerely,

*/s/ William B. Schultz*

William B. Schultz

cc: All counsel of record (by CM/ECF)