| | |
|---|---|
| **No. 25-5177** | **September Term, 2024** |
| | 1:25-cv-00117-DLF |
| | 1:24-cv-03337-DLF |
| | 1:21-cv-02608-DLF |
| | 1:24-cv-03188-RC |
| | 1:24-cv-03220-DLF |

Filed On: August 15, 2025 [2130386]

Novartis Pharmaceuticals Corporation,

    Appellant

    v.

Robert F. Kennedy, Jr., in his official capacity as Secretary, United States Department of Health and Human Services, et al.,

    Appellees

------------------------------

Consolidated with 25-5179, 25-5220, 25-5221, 25-5236

# **O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on October 23, 2025, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                            BY:    /s/
                                       Michael C. McGrail
                                       Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)