ORAL ARGUMENT SCHEDULED FOR OCTOBER 23, 2025
IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Novartis Pharmaceuticals Corporation, *et al.*, <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> Robert F. Kennedy, Jr., in his official capacity as Secretary, United States Department of Health and Human Services, *et al.*, <br><br> *Defendants-Appellees*, <br><br> and <br><br> 340B Health, *et al.*, <br><br> *Intervenors-Defendants-Appellees.* | Nos. 25-5177, 25-5179, 25-5220, 25-5221, 25-5236 (consolidated) |

## **INTERVENORS' MOTION TO RESCHEDULE ORAL ARGUMENT**

340B Health, UMass Memorial Medical Center (UMass), and Genesis HealthCare Systems (Genesis) (together, Intervenors) respectfully request that oral argument in this case be rescheduled from October 23, 2025 to a date prior to October 20, 2025 or after November 7, 2025. Counsel with principal responsibility to represent Intervenors has plans to travel internationally (on vacation) on the date

for which oral argument was scheduled and will be serving as an expert witness in an out-of-state trial immediately afterwards.

The Government Defendants-Appellees do not oppose this request. The Plaintiffs-Appellants have informed Intervenors that their position is as follows: "Plaintiffs take no position on the Motion and leave the question of rescheduling oral argument to the Court's discretion in light of its prior decisions in this case."

Dated: August 19, 2025                                   Respectfully submitted,


                                        */s/ William B. Schultz*
                                        William B. Schultz (D.C. Bar No. 218990)
                                        Margaret M. Dotzel (D.C. Bar No. 425431)
                                        Courtney Christensen
                                        ZUCKERMAN SPAEDER LLP
                                        2100 L Street NW, Suite 400
                                        Washington, DC 20037
                                        Tel: (202) 778-1800
                                        Fax: (202) 822-8106
                                        wschultz@zuckerman.com
                                        mdotzel@zuckerman.com

                                        *Attorneys for Intervenors*

**CERTIFICATE OF COMPLIANCE**

This brief complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 125 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word Microsoft Office 365 in Times New Roman 14-point font, a proportionally spaced typeface.

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2025, I filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to the registered participants identified on the Notice of Electronic Filing.

*/s/ William B. Schultz*
William B. Schultz