# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 25-5177** | **September Term, 2025** |
| | 1:25-cv-00117-DLF |
| | 1:24-cv-03337-DLF |
| | 1:21-cv-02608-DLF |
| | 1:24-cv-03188-RC |
| | 1:24-cv-03220-DLF |

**Filed On: October 20, 2025** [2141243]

Novartis Pharmaceuticals Corporation,

    Appellant

  v.

Robert F. Kennedy, Jr., in his official
capacity as Secretary, United States
Department of Health and Human Services,
et al.,

    Appellees

------------------------------

Consolidated with 25-5179, 25-5220,
25-5221, 25-5236

    **BEFORE:** Henderson, Pillard, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellants' motion to unseal portions of Joint Appendix Volume IV, and the lodged revised Joint Appendix Volumes IV and V, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged documents.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

        BY:    /s/
              Scott H. Atchue
              Deputy Clerk