# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5177**                       **September Term, 2025**

1:25-cv-00117-DLF
1:24-cv-03337-DLF
1:21-cv-02608-DLF
1:24-cv-03188-RC
1:24-cv-03220-DLF

**Filed On: November 5, 2025** [2143978]

Novartis Pharmaceuticals Corporation,

      Appellant

   v.

Robert F. Kennedy, Jr., in his official capacity as Secretary, United States Department of Health and Human Services, et al.,

      Appellees

-----------------------------

Consolidated with 25-5179, 25-5220, 25-5221, 25-5236

# O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for November 17, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellant | - | 15 Minutes |
| Appellees | - | 15 Minutes (to be divided with intervenor-appellees as the parties deem appropriate) |

The panel considering these cases will consist of Circuit Judges Henderson, Pillard, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 7, 2025.

# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 25-5177**　　　　　　　　　　　　　　　　**September Term, 2025**

**<u>Per Curiam</u>**

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

　　Notification to the Court from Attorney Intending to Present Argument (Form 72)